Carlos A. Leyva
Digital Business Law Group, P.A.
1001 Starkey Rd. #18
Largo, FL 33771
FL Bar No. 51017
(800) 516-7903
cleyva@digitalbusinesslawgroup.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SellPoolSuppliesOnline.com, LLC, | Civil Action No. |
| Plaintiff, | |
| v. | COMPLAINT |
| Ugly Pools Arizona, Inc.; Brian Morris, an individual, | CV-15-01856-PHX-PGR |
| Defendants. | JURY DEMANDED |

Comes now Plaintiff SellPoolSuppliesOnline.com, LLC ("SPSO") with its complaint ("Complaint") against Ugly Pools Arizona, Inc. ("Ugly Pools") and Brian Morris (collectively "Defendants") and states as follows:

## INTRODUCTION

1.  This is an action for Copyright Infringement under the United States Copyright Act of 1976, 17 U.S.C. § 101 et seq. ("Copyright Act"), and Unfair Competition under Arizona common law

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  L R Crv p 5.4
(Rule Number/Section)

## PARTIES, JURISDICTION, AND VENUE

2. Plaintiff SPSO is a corporation registered in the State of Arizona, having its principal place of business in Maricopa County at 2885 N. Nevada, Ste. 160, Chandler, AZ 85225. SPSO provides, *inter alia*, website and online store platforms to swimming pool contractors and parts suppliers so that they may quickly and conveniently establish an online presence and grow their businesses.

3. Defendant Ugly Pools is a corporation registered in the State of Arizona, having its principal place of business in Maricopa County at 7558 W. Thunderbird Rd. Ste. 1-621, Peoria, AZ 85381, that builds and remodels swimming pools and sells supplies for them.

4. Defendant Brian Morris is the President of Defendant Corporation Ugly Pools and, upon information and belief, resides in Peoria, AZ.

5. Upon information and belief, at all times material hereto, Defendants operated through the acts of their employees, agents, representatives, servants, and the like, acting within their course of employment and scope of duties.

6. This Complaint alleges Copyright Infringement under the Copyright Act and this Court has subject matter jurisdiction over this federal question claim pursuant to 28 U.S.C. § 1338(a) ("Copyright").

7. This Complaint alleges Unfair Competition under Arizona common law, arising from the same transaction or occurrence as Plaintiff's Copyright Infringement claim, and this Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. § 1367 ("Supplemental Jurisdiction").

8. This Court has personal jurisdiction over Defendants because Defendants' tortious, intentional, willful and malicious acts of copyright infringement and unfair competition all occurred within this jurisdiction, were expressly aimed at this jurisdiction, and caused harm Defendants knew or should have known was likely to be suffered in this jurisdiction. Upon information and belief, this Court also has personal jurisdiction over Defendants because they reside in this judicial district and/or have transacted business in this judicial district.

9. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c) because Defendants reside and may be found in this judicial district such that they are subject to personal jurisdiction in this judicial district and a substantial portion of the acts complained of herein occurred in this judicial district.

## ALLEGATIONS COMMON TO ALL COUNTS

10. SPSO facilitates the online presence and online store of numerous swimming pool contractors and parts suppliers throughout and around Arizona by licensing its website platform ("Platform"), located on the Internet at www.sellpoolsuppliesonline.com. The Platform consists of, *inter alia*, a compilation of programs, representations, originally authored works and writings, computer architecture and design, which provide SPSO licensees the infrastructure to configure, implement, and maintain fully functional and attractive websites based on the Platform that are personalized to each customer's business, incorporate and effectively use search engine optimization ("SEO"), and provide "drop-ship" delivery that dispenses with the need to maintain inventory.

11. SPSO initiated development of the Platform in 2011, completed the Platform on or about June 2014, and first published the Platform on or about July 2014. The SPSO Platform is password protected and available only to licensees who register and pay for use and access.

12. Upon information and belief, Defendants are in the business of building and remodeling swimming pools, as well as selling pool supplies and accessories in and around greater Maricopa County.

13. Defendants represented themselves to SPSO as prospective customers/licensees who were honestly considering the license of SPSO's Platform in order to create a website for their business based on same.

14. Defendants were provided access to an SPSO sales representative's ("Mark Kessler" or "Kessler") copy of the server for the limited purpose of familiarizing themselves with the Platform and to assist Defendants in making a purchasing decision. Defendants were aware they would have to purchase a license to be authorized to have further access to the Platform, to use it commercially, and that the SPSO license governed the nature of their use of the Platform.

15. Defendants were in close contact with Kessler and SPSO management and pressed for very detailed, confidential information about SPSO's Platform and its underlying functionality under the pretense of purchasing a license and entering into a long term commercial relationship for maintenance and support with SPSO.

*See* Exhibit A, email correspondence between SPSO and Defendants[1].

16. On September 16, 2014, while Defendants had access to SPSO's Platform as prospective clients, an individual logged into SPSO's server from an Internet Protocol ("IP") address located, upon information and belief, within one city block of Defendants' primary place of business and downloaded a complete copy of SPSO's Platform. *See* Exhibit B, SPSO's server log. Defendants did not disclose the download of the Platform to SPSO at any time.

17. After a complete copy of SPSO's platform was downloaded, Defendants immediately ceased all communications with SPSO.

18. Nearly a year after the Platform was downloaded and all communications between SPSO and Defendants had ceased, Defendants published a website located at www.allpoolsupplies.com, nearly identical to the Platform that required SPSO three (3) years and hundreds of thousands of dollars to develop. *See* Exhibit C, screenshots of SPSO's copyrighted photos ("Photos"); *see also* Exhibit D, SPSO's Photos as used on Defendants' website; Exhibit E, listing and arrangement of SPSO Photos; Exhibit F, listing and arrangement of Photos on Defendants' website.

19. Upon information and belief, on September 16, 2014, it was Defendants that logged into SPSO's server and downloaded SPSO's entire Platform, which exceeded the scope of consent SPSO had granted Defendants, and thwarted the

---

[1] All exhibits are attached hereto and included herein by reference unless otherwise noted.

purpose for which Defendants were granted access as prospective customers.

20. SPSO discovered Defendants' infringing website on or about July 15, 2015 and promptly notified Defendants of infringement on that same day. *See* <u>Exhibit G</u>, notification of infringement to Defendants.

21. Defendants did not respond to SPSO's notification or otherwise communicate with SPSO regarding the theft of SPSO's property.

22. As of the filing of this Complaint, SPSO and Defendants have been unable to resolve this dispute amicably because Defendants have not responded to SPSO's attempts to communicate.

23. SPSO never entered into any agreement, express or implied, with Defendants that would permit Defendants to adapt or otherwise use the Platform; therefore, Defendants possess no rights whatsoever in the Platform, including any of the exclusive rights owned by SPSO under the Copyright Act or Arizona common law.

## COPYRIGHT INFRINGEMENT

24. The Platform is an original work authored by SPSO, which is copyrightable under Copyright Act as amended.

25. The Platform contains "protectable elements" afforded copyright protection; said elements include, but are not limited to, the original written content, photos, graphics, selection and arrangement of both individually protectable and unprotectable elements, and other unique expressions set forth in the Platform.

26. SPSO delivered a completed application, deposit and fee for copyright registration of the Platform on September 13, 2015. *See* Exhibit H, SPSO's U.S. Copyright registration application.

27. SPSO is the sole copyright owner of the infringed upon elements of the Platform.

28. Defendants adapted nearly all SPSO's copyrighted elements of its Platform verbatim, and released said adaptation on its own company site ("Infringing Content"), www.allpoolsupplies.com. *See generally* Exhibits D&F, examples of Defendants' Infringing Content, taken from www.allpoolsupplies.com.

29. The Infringing Content is a near exact duplicate of SPSO's copyrightable material as claimed in its USCO application. *See* Exhibit H.

**UNFAIR COMPETITION**

30. SPSO's Platform includes a multitude of confidential information not arising to the level of statutorily defined copyright including, but not limited to, know how regarding the implementation of its "drop-ship" delivery system, online store interoperability, search engine marketing, 360 degree rotating Photos, and business/technical practices that enable the Platform to function.

31. Defendants' theft of SPSO's Platform, and subsequent use of same on their own website, was intended to gain increased Internet traffic, sales, and revenue for themselves at the expense of SPSO and SPSO's lawful licensees, competing in the same market.

32. Defendants' theft of the Platform and subsequent use of a nearly identical

website is likely to confuse consumers in the marketplace regarding the source or sponsorship of the respective websites.

33. The confusion caused by Defendants is likely to result in consumers assuming that SPSO is associated with Defendant.

### Count I – Copyright Infringement
### [Copyright Infringement 17 U.S.C. § 501(a)]

34. SPSO incorporates by reference all the allegations set forth in ¶¶1-33 as if fully set forth herein.

35. SPSO is the rightful owner of intellectual property rights related to the Platform and, pursuant to 17 U.S.C. § 102(a), owns a copyrightable matter in same for which it has filed a registration application.

36. Defendants willfully and unlawfully reproduced, publicly displayed, and created derivative versions of copyrighted elements of the Platform verbatim.

37. The Platform and the Infringing Content contain extensive, nearly identical similarities, and are therefore substantially similar to one another in a manner that would be readily recognized as such by a lay observer.

38. Defendants' infringement has caused SPSO actual damages.

### Count II – Unfair Competition
### [Arizona Common Law]

39. SPSO incorporates by reference all the allegations set forth in ¶¶1-33 as if fully set forth herein.

40. Defendants have engaged in unlawful business acts or practices by committing acts including computer fraud, trespass, and other illegal acts or

practices.

41. SPSO and its licensees, at all material times were and are engaged in competitive business with Defendants and Defendants' actions are likely to cause public confusion.

42. Defendants' learned confidential information about SPSO as a result of their misrepresentations, including information about SPSO's business model, operating procedures, techniques, and strengths and weaknesses.

43. Defendants intended to misappropriate, steal and exploit that information to gain a competitive advantage in the marketplace.

44. Defendants' misappropriation was willful and malicious.

45. SPSO was damaged as a result.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff SPSO respectfully requests that this Court:

### Count I – Copyright Infringement

(A) Permanently enjoin Defendants and all other persons in active concert or participation with Defendants from continuing to infringe SPSO's copyrighted Platform;

(B) Order Defendants to delete and permanently remove copies of SPSO's Platform from each of the computers under Defendants' possession, custody or control;

(C) Award SPSO actual, consequential, and incidental damages in the amount to be proved at trial, including costs and attorneys' fees under 17 U.S.C. § 1203;

(D) Grant SPSO any other and further relief as this Court deems just and proper.

## Count II – Unfair Competition

(A) Award SPSO the profits Defendants' have accrued from their misappropriations, misrepresentations and other unlawful acts that have caused both public confusion and inequitable market advantage;

(C) Award SPSO punitive damages for Defendants' willful and malicious misappropriation to deter others from acting in kind;

(D) Permanently enjoin Defendants and all other persons in active concert or participation with Defendants from continuing to use the confidential information and materials Defendants wrongfully acquired from SPSO and that are either used in competition with SPSO and its licensees, or which use confuses the public;

(E) Grant SPSO any other and further relief as this Court deems just and proper.

## Designation of Place of Trial

SPSO hereby designates Phoenix, Arizona as the place of trial of the above styled matter.

Respectfully submitted this 14th day of September, 2015.

Carlos A. Leyva
Digital Business Law Group, P.A.
1001 Starkey Rd. #18
Largo, FL 33771
FL Bar No. 51017
(800) 516-7903
cleyva@digitialbusinesslawgroup.com
Attorney for Plaintiff
SellPoolSuppliesOnline.com, LLC

# EXHIBIT A

-----Original Message-----
From: David Hagen < cactuspools@aol.com>
To: poolandspaparts < poolandspaparts@gmail.com>
Cc: cactuspools < cactuspools@aol.com>
Sent: Wed, Sep 17, 2014 12:37 pm
Subject: Re: Questions

1. Shipping: How are the shipping rates handled? I noticed that you charge 9.99 shipping on smaller parts and $4.50 handling. David also mentioned that they add $2.50 for orders under $15.00 on certain items, how is the rest of the shipping calculated? What is the Magic Formula!

Shipping rates can be done numerous ways. Calculated, flat rate, free shipping or a mix. When we set up your site we will set up 99% of the items under (bulk mail) 9.99 plus 4.50 handling, (3 day) 16 or 17.99 plus 4.50 handling and a 2 day 19.99 plus 2.50 handling. Most items will be under the specific amount where you can make a few bucks in shipping. You have the option to go in and change to a flat rate if it is close.

   a. Also, how is this handled? Automatically - or Manually?
2. **We will set up the 3 rates. But you adjust as you go.**
   a. Shipping: How are the shipping rates handled? I noticed that you charge 9.99 shipping on smaller parts and $4.50 handling. David also mentioned that they add $2.50 for orders under $15.00 on certain items, how is the rest of the shipping calculated? What is the Magic Formula!
3. **The 2.5 is only Allied Inovatio orders, but just got out of a meeting with them and I think it will be waived!! Yeeeeee Haaaaaa**

2. What if a customer orders multiple products? I understand that there are multiple shippers that some items will be dropped shipped from...how do you keep the shipping / handling from being astronomical.
3. How do we get the TABS on the whole goods to work? I will research this. It could be a gargantuan task or something easy. More info later. It hasn't affected sales, but then again we don't sell a ton of whole goods online. We are mostly in the business to make money and not give it away to customers. =)
Error from typical tab:

| Error Type | Error Message Key | Message | Originatir Comman |
|---|---|---|---|
| 0 | _ERR_CMD_CMD_NOT_FOUND | User CMN3101E The system is unavailable due to "servlet/". System Command not found: "servlet/". | |

4. Can I get some more specifics on the SEO/SEM - What is "truly" included with the set up and is this a one time thing and we are responsible for the ongoing, or is this something that is going to be ongoing with the monthly fee? (The sales materials are very vague) Seo is built into the website with blog features and the way Big Commerce lays out the site. You are responsible for ongoing SEO and SEM. We will set up your SEM with the google merchant account so you can utilize the google shopping feed. Keep in mind that google is fickle one month you will have 27,000 items in a shopping feed the next month only 16,000. You will just have to re upload the feed once per month.
5. How are site updates handled? Is this something that is ongoing as well, or are we responsible for that?

We are excited to get moving but I am very analytical and need to see how this "truly" operates as I have been playing on the site for a few days now and more questions are coming up than answers!!

**David Hagen**
Cactus Valley Pools
Matrix Pool Products
Blue Excess Pool Chemicals
SellPoolSuppliesOnline.com
SPSO

This electronic mail transmission contains information from Cactus Valley Pools, Matrix Swimming Pool Products, Matrix Swimming Pool Solutions, Blue Excess Pool Chemicals, iPool Construction or Sell Pool Supplies Online that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other person is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by electronic mail at dhagen@cactuspools.com.

-----Original Message-----
From: Mark Kesler < poolandspaparts@gmail.com>
To: David Hagen < cactuspools@aol.com>
Sent: Tue, Sep 16, 2014 8:15 pm
Subject: Fwd: Questions


---------- Forwarded message ----------
From: **Brian Morris** <uglypoolguy@outlook.com>
Date: Tue, Sep 16, 2014 at 7:52 PM
Subject: Questions
To: Mark Kesler < poolandspaparts@gmail.com>
Cc: " mark@wefixuglypools.com" < mark@wefixuglypools.com>


1. Shipping: How are the shipping rates handled? I noticed that you charge 9.99 shipping on smaller parts and $4.50 handling. David also mentioned that they add $2.50 for orders under $15.00 on certain items, how is the rest of the shipping calculated? What is the Magic Formula!
    a. Also, how is this handled? Automatically - or Manually?
    b. Is it programmed as part of the store and included as part of the online store
    c. or is it up to the owner of the site to set the shipping on all 27,500 parts?

2. What if a customer orders multiple products? I understand that there are multiple shippers that some items will be dropped shipped from...how do you keep the shipping / handling from being astronomical.
3. How do we get the TABS on the whole goods to work?
Error from typical tab:

| Error Type | Error Message Key | Message | Originating Command |
|---|---|---|---|
| 0 | _ERR_CMD_CMD_NOT_FOUND | User  CMN3101E The system is unavailable due to "servlet/". <br> System Command not found: "servlet/". | |

4. Can I get some more specifics on the SEO/SEM - What is "truly" included with the set up and is this a one time thing and we are responsible for the ongoing, or is this something that is going to be ongoing with the monthly fee? (The sales materials are very vague)
5. How are site updates handled?  Is this something that is ongoing as well, or are we responsible for that?


We are excited to get moving but I am very analytical and need to see how this "truly" operates as I have been playing on the site for a few days now and more questions are coming up than answers!!



"Swim"-cerely,
Brian W. Morris
The Ugly Pool Guy
www.WeFixUglyPools.com
(O) 602-253-4499 / (C) 602-299-8162

- The Only Thing That Should Be Ugly In Your Backyard...Is The Pool Guy!

# EXHIBIT B

4:22:20 PM 8/29/2015

ore-nxg4hzd.mybigcommerce.com/admin/index.php?ToDo=systemLog#

| Username | Action | Date |
|---|---|---|
| | | Prev 1 ... 27 |
| admin | (Successfully logged in) | 19th Sep 2014 @ 5:11 PM |
| admin | (Successfully logged in) | 18th Sep 2014 @ 9:59 PM |
| admin | Changed status of order #40140 to Shipped | 18th Sep 2014 @ 1:08 PM |
| admin | (Successfully logged in) | 18th Sep 2014 @ 1:07 PM |
| admin | Updated product Valterra Products | (1001-7N) Santoprene Valve Seal 1.5" | 1001-7N | 18th Sep 2014 @ 9:58 AM |
| admin | saveNewShipment (40139, Shipped) | 18th Sep 2014 @ 9:56 AM |
| admin | saveNewShipment (76) | 18th Sep 2014 @ 9:56 AM |
| admin | (Successfully logged in) | 18th Sep 2014 @ 9:37 AM |
| admin | saveNewShipment (40141, Shipped) | 17th Sep 2014 @ 10:17 AM |
| admin | (Successfully logged in) | 17th Sep 2014 @ 10:14 AM |
| admin | refundOrder (40044, Refunded) | 17th Sep 2014 @ 9:26 AM |
| admin | (Successfully logged in) | 17th Sep 2014 @ 9:09 AM |
| admin | (Successfully logged in) | 17th Sep 2014 @ 7:51 AM |
| admin | (Successfully logged in) | 17th Sep 2014 @ 7:49 AM |
| ahpoolman@yahoo.com | (Successfully logged in) | 16th Sep 2014 @ 8:29 PM |
| admin | refundOrder (40138, Refunded) | 16th Sep 2014 @ 7:54 PM |
| admin | (Successfully logged in) | 16th Sep 2014 @ 7:53 PM |
| admin | (Successfully logged in) | 16th Sep 2014 @ 6:54 PM |
| admin | Added export template BulkEditStoreCopy | 16th Sep 2014 @ 6:52 PM |
| admin | (Successfully logged in) | 16th Sep 2014 @ 6:50 PM |
| | | Prev 1 ... 27 |

Made with ♥ by the Bigcommerce team

# EXHIBIT C