# EXHIBIT F







BOOSTER FOR MINERALS | POOL RX | 102001A
$40.26
Not Rated Yet
Add To Cart

POOLRX 7.5K - 20K UNIT || POOL RX | 101001A
$80.51
Not Rated Yet
Add To Cart



POOLRX MINERAL PURIFIER | POOLRX BLUE UNIT 7.5-20K | POOL RX | 101003A
$287.55
Not Rated Yet
Add To Cart

POOLRX MINERAL PURIFIER | POOLRX EXTREME 20K - 35K | POOL RX | 101066A
$95.85
Not Rated Yet
Add To Cart

POOLRX MINERAL PURIFIER | POOLRX EXTREME 20K-35K 4 Pack | POOL RX | 101067A
$335.48
Not Rated Yet
Add To Cart

POOLRX MINERAL PURIFIER | SPA RX UNIT 400 - 1K GALLON | POOL RX | MINERAL PURIFIER BLACK | 101055A
$25.04
Not Rated Yet
Add To Cart



TRIDENT ULTRAVIOLET | MODEL S2-14 120V 4 LAMP 178GPM | UV SYSTEM | UV35-820114
$591.50
Not Rated Yet
Add To Cart

TRIDENT ULTRAVIOLET | MODEL S2-14 120V 4 LAMP 178GPM | UV35-820122
$561.92
Not Rated Yet
Add To Cart

WATER QUALITY MANAGEMENT | OZONE CHECK VALVE 1-1/2# 1/4"MPT | 1008011

WATER QUALITY MANAGEMENT | OZONE COMPRESSION FITTING | 3403604 | 3403410



1/4"MPT | 1008011
$33.33
Not Rated Yet
Add To Cart

FITTING | 3403604 | 3403410
$6.92
Not Rated Yet
Add To Cart

WATER QUALITY MANAGEMENT | OZONE GENERATOR EUV3 120V/60HZ | 1106590
$128.74
Not Rated Yet
Add To Cart

WATER QUALITY MANAGEMENT | OZONE LAMP REPLACEMENT FOR UPP15/25, BULB | 3901823
$57.46
Not Rated Yet
Add To Cart

WATER QUALITY MANAGEMENT | OZONE UPP15 240V 60HZ DFSSPP (15K) | ULTRAPURE POOL | 1003120
$458.74
Not Rated Yet
Add To Cart

WATER QUALITY MANAGEMENT | OZONE UPP50 LAMP AND INSERTS | ULTRAPURE POOL | 3901805 | 3901804
$117.59
Not Rated Yet
Add To Cart

ZODIAC | DUOCLEAR CARTRIDGE, W28000 | W26000
$118.82
Not Rated Yet
Add To Cart

ZODIAC | NATURE 2 CARTRIDGE FILTER PURIFIER | NATURE2 | | W21500
$100.23
Not Rated Yet
Add To Cart

ZODIAC | NATURE 2 EXPRESS

ZODIAC | NATURE 2 SPA


