# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-268-803**

**Effective Date of Registration:**
September 16, 2015

## Title

    **Title of Work:** SPSO Website www.poolandspapartsnow.com

## Completion/Publication

    **Year of Completion:** 2014
    **Date of 1st Publication:** July 03, 2014
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Aaron Hagen
    **Author Created:** text, photographs

-     **Author:** David Hagen
    **Author Created:** text, photographs

## Copyright Claimant

    **Copyright Claimant:** SELLPOOLSUPPLIESONLINE.COM, LLC
    2885 N NEVADA STE 160, CHANDLER, AZ, 85225, United States
    **Transfer statement:** by written agreement

## Limitation of copyright claim

    **New material included in claim:** text, photographs

## Rights and Permissions

    **Organization Name:** Digital Business Law Group, P.A.
    **Name:** Carlos Leyva
    **Email:** cleyva@digitalbusinesslawgroup.com
    **Telephone:** (800)516-7903
    **Alt. Telephone:** (727)744-8683
    **Address:** 1001 Starkey Rd. #18
    Largo, FL 33771 United States

## Certification

**Name:** Carlos A. Leyva
**Date:** September 13, 2015

**Correspondence:** Yes

**Name:** Carlos A. Leyva
**Date:** September 13, 2015

**Correspondence:** Yes

**Registration #:** TX0008268803
**Service Request #:** 1-2700591671

Digital Business Law Group, P.A.
Carlos Leyva
1001 Starkey Rd. #18
Largo, FL 33771 United States

*0000TX00008268803020 1*