# Exhibit A

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-2700591671

## Mail Certificate

Digital Business Law Group, P.A.
Carlos Leyva
1001 Starkey Rd. #18
Largo, FL 33771 United States

**Priority:** Routine   **Application Date:** September 13, 2015

**Note to C.O.:** The website will be sent on a thumb drive contained the complete website in a ZIP file as well the complete site in a set of folders unzipped. Click "index.html" to launch site.

## Correspondent

**Organization Name:** Digital Business Law Group, P.A.
**Name:** Carlos Leyva
**Email:** cleyva@digitalbusinesslawgroup.com
**Telephone:** (800)516-7903
**Alt. Telephone:** (727)744-8683
**Address:** 1001 Starkey Rd. #18
Largo, FL 33771 United States

Registration Number

# *-APPLICATION-*

## Title

      **Title of Work:** SPSO Website www.poolandspapartsnow.com

## Completion/Publication

      **Year of Completion:** 2015
      **Date of 1st Publication:** August 26, 2015
      **Nation of 1st Publication:** United States

## Author

-       **Author:** SELLPOOLSUPPLIESONLINE.COM, LLC
      **Author Created:** text, photograph(s), computer program
      **Work made for hire:** Yes
      **Citizen of:** United States

## Copyright Claimant

      **Copyright Claimant:** SELLPOOLSUPPLIESONLINE.COM, LLC
      2885 N NEVADA STE 160, CHANDLER, AZ, 85225, United States

## Limitation of copyright claim

      **Material excluded from this claim:** text, photograph(s), computer program, artwork

      **New material included in claim:** text, photograph(s), computer program

## Rights and Permissions

      **Organization Name:** Digital Business Law Group, P.A.
      **Name:** Carlos Leyva
      **Email:** cleyva@digitalbusinesslawgroup.com
      **Telephone:** (800)516-7903
      **Alt. Telephone:** (727)744-8683
      **Address:** 1001 Starkey Rd. #18
      Largo, FL 33771 United States

## Certification

**Name:**  Carlos A. Leyva
**Date**:  September 13, 2015