# Exhibit F

Carlos Leyva <cleyva@digitalbusinesslawgroup.com>

# Acknowledgement of Uploaded Deposit

**Copyright Office** <cop-rc@loc.gov>
To: cleyva@digitalbusinesslawgroup.com

Thu, Oct 6, 2016 at 8:48 AM

Thank you for the information.

Since this application is to register the website as it appeared (published) on 08/26/2015, was any of the computer code or were any of the photographs from earlier versions of the website? If so, they must be excluded from this claim since the extent of claim for a revised, or derivative, work is based only on the new and revised material contained in the later version of the work.

When I receive the information, I will make the necessary changes.

Sincerely,

Janet E. Alger

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-1UMR8DT]

——Original Message——

From: cleyva@digitalbusinesslawgroup.com
Sent: 10/6/2016 7:36:22 AM
To: Copyright Office <cop-rc@loc.gov>
Cc: Martin Gwynn <mfgwynn@tampabay.rr.com>
Subject: Re: Re: Re: Acknowledgement of Uploaded Deposit

[Quoted text hidden]