# Exhibit H

Carlos Leyva <cleyva@digitalbusinesslawgroup.com>

## Acknowledgement of Uploaded Deposit

**Carlos Leyva** <cleyva@digitalbusinesslawgroup.com>  Thu, Oct 6, 2016 at 8:57 AM
To: Copyright Office <cop-rc@loc.gov>
Cc: John Nelson <jnelson@digitalbusinesslawgroup.com>, Martin Gwynn <mfgwynn@tampabay.rr.com>

[THREAD ID:1-1UMR8DT]
They may have been from an earlier version of the website BUT we need special dispensation because this is the first time registration of the website and no copy (i.e. mirror or backup) of a prior website exists.

In my previous interactions with the USCO regarding this very same issue I was informed that we could ask for special dispensation related to this scenario.

Carlos Leyva, Esq.
The Digital Business Law Group, P.A.
www.digitalbusinesslawgroup.com
Phone: (800) 516-7903
Fax:   (800) 257-9128

[Quoted text hidden]