# Exhibit I



Carlos Leyva <cleyva@digitalbusinesslawgroup.com>

## 1-2700591671 SPSO Website www.poolandspapartsnow.com

**Copyright Office** <cop-ad@loc.gov>  Fri, Oct 14, 2016 at 6:26 AM
To: cleyva@digitalbusinesslawgroup.com, mfgwynn@tampabay.rr.com

Dear Mr. Leyva and Mr. Gwynn:

I received a message from our division attorney that your request for an exception to the deposit material has been denied. We can only register the website as it appeared on the date on which it was printed, not for any past or future versions.

Please provide the date on which the version of the website submitted appeared online.

Second, if any of the content of the website ever appeared online or in any other form previous to the version submitted, please authorize me to exclude all of the preexisting material and to limit the claim to the new and revised material in this version of the website.

Sincerely,

Janet E. Alger
Copyright Examiner
Literary Division

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-1VFJI6O]