# Exhibit J

![Gmail by Google]

Carlos Leyva <cleyva@digitalbusinesslawgroup.com>

## 1-2700591671 SPSO Website www.poolandspapartsnow.com

**Carlos Leyva** <cleyva@digitalbusinesslawgroup.com>  Fri, Oct 14, 2016 at 7:52 AM
To: Copyright Office <cop-ad@loc.gov>
Cc: Martin Gwynn <mfgwynn@tampabay.rr.com>, John Nelson <jnelson@digitalbusinesslawgroup.com>

[THREAD ID:1-1VFJI6O]
On what grounds is special dispensation denied? Websites aren't copyrighted usually until they are mature. **Therefore, this policy excludes almost every conceivable website that is non-trivial from being copyrighted.**

How do we appeal this decision? This policy makes absolutely no sense vis-a-vis how the marketplace works for websites. Clients don't hire lawyers usually until they believe they have a viable site. By that time, according to this rule, it would be impossible to copyright the site as it existed a year earlier (i.e. without excluding all previously published material).

Carlos Leyva, Esq.
The Digital Business Law Group, P.A.
www.digitalbusinesslawgroup.com
Phone: (800) 516-7903
Fax:   (800) 257-9128
[Quoted text hidden]