# Exhibit K

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SellPoolSuppliesOnline.com, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Ugly Pools Arizona, Inc.; Brian Morris, an individual<br><br>    Defendants. | CASE NO.: CV-15-01856-PHX-PGR<br><br>**AFFIDAVIT OF AARON HAGEN** |

I, Aaron Hagen, under penalties provided by law pursuant to 28 U.S.C. § 1746, certify that the factual statements set forth in this Affidavit are true and correct.

    1.    I am over the age of eighteen and competent to testify, and if called as a witness in this matter will testify, to the facts set forth in this Affidavit based on firsthand knowledge.

    2.    I, together with my brother and business partner David Hagen (collectively "us," "we," "our," and the like), am co-owner of Plaintiff SellPoolSuppliesOnline.com, LLC ("SPSO").

    3.    SPSO created a website ("Platform") which consists of, *inter alia*, a compilation of programs, representations, originally authored works, writings, hundreds of photos taken by myself and my brother, as well as computer architecture and design, which provide SPSO licensees the infrastructure to configure, implement, and maintain fully functional and attractive websites based on the Platform that are personalized to each customer's business, incorporate and effectively use search

1  engine optimization ("SEO"), and provide "drop-ship" delivery that dispenses with the
2  need to maintain inventory.
3
4.  SPSO first published the Platform on or about July 3, 2014. It was
4
5  completed on about June 25, 2014.
6
5.  The sample of the Platform provided to the United States Copyright Office
7  with SPSO's Copyright application in 2015 is the same as the website first appeared
8
9  when published on July 3, 2014.

FURTHER AFFIANT SAYETH NAUGHT,

_____  11/19/16
Aaron Hagen                         Date:

Affidavit of Aaron Hagen                                2