# Exhibit L



Carlos Leyva <cleyva@digitalbusinesslawgroup.com>

## SPSO Website Registration Attention: Agent Janet E. Alger

**Carlos Leyva** <cleyva@digitalbusinesslawgroup.com>   Wed, Nov 16, 2016 at 8:41 AM
To: Copyright Office <cop-rc@loc.gov>
Cc: Martin Gwynn <mfgwynn@tampabay.rr.com>

[THREAD ID:1-1UMR8DT]

Ms. Alger,

Attached is a signed affidavit from my client clarifying when the website in question was first completed and published:

**Completed Date**: June 25, 2014.
**Published Date**: July 3, 2014.

The Deposit that was submitted correctly represents the copy that was **first published on July 3, 2014**. Counsel did not have sufficient facts at the time of application.

With this information, and the previously submitted transfer agreement which you acknowledged, I believe we have answered all questions that were preventing this registration from proceeding.

Because we are in the middle of litigation, my Director of Operations will be contacting the USCO's accounting office so that we can determine how to pay the expedited fee.

Regards,

Carlos Leyva, Esq.
The Digital Business Law Group, P.A.
www.digitalbusinesslawgroup.com
Phone:  (800) 516-7903
Fax:    (800) 257-9128

📎 **20161116_Aaron Hagan Affidavit for USCO Executed.pdf**
293K