1  Carlos A. Leyva, FL Bar No. 51017
2  Linda S. McAleer, CA Bar No. 249233
   Digital Business Law Group, P.A.
3  3958 Talah Dr.
   Palm Harbor, FL 34684
4  Tel: (800) 516-7903
5  email: cleyva@digitalbusinesslawgroup.com
   Attorneys for Plaintiff
6

7

8           **IN THE UNITED STATES DISTRICT COURT**
9             **FOR THE DISTRICT OF ARIZONA**
10

11  SellPoolSuppliesOnline.com, LLC,        CASE NO.: CV-15-01856-PHX-PGR
12              Plaintiff,
                                            **NOTICE OF APPEAL**
13          v.
14  Ugly Pools Arizona, Inc.; Brian
15  Morris, an individual,
16              Defendants.
17

18      Pursuant to Rule 3(a), Federal Rules of Appellate Procedure, Plaintiff
19
    SellPoolSuppliesOnline.com, LLC appeals to the United States Court of Appeal for the
20
    Ninth Circuit from this Court's Summary Judgment Order (Doc. 95), entered in the above-
21
22  captioned action on September 24, 2018, attached hereto as Exhibit A. Plaintiff's

23  Representative Statement, required by Ninth Circuit Rule 3-2(b), is attached to this Notice as
24
    Exhibit B.
25

26  ///

27  ///
28

                PLAINTIFF'S NOTICE OF APPEAL DOC. 95 ORDER

| | |
|---|---|
| 1 | Dated:  9/25/2018 |
| 2 | |

**DIGITAL BUSINESS LAW GROUP, P.A.**

/s/Carlos A. Leyva
Carlos A. Leyva, FL 51017
3958 Talah Dr.
Palm Harbor, FL 34684
(800) 516-7903 Phone
(800) 257-9128 fax
cleyva@digitalbusinesslawgroup.com
**ATTORNEY FOR PLAINTIFF
SELLPOOLSUPPLIESONLINE.COM, LLC**

PLAINTIFF'S NOTICE OF APPEAL DOC. 95 ORDER

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 25, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and service on all registered participants of the CM/ECF System with regard to this matter.

                                           /s/Carlos A. Leyva
                                          Carlos A. Leyva, Esq.
                                          *Attorney for Plaintiff*